## Commonwealth ex rel. Lesher, Appellant, *v.* Maroney.

Submitted March 25, 1964. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Dale Vernon Lesher,* appellant, in propria persona.

*William Claney Smith,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

OPINION PER CURIAM, April 21, 1964:

This is an appeal from an order below dismissing, without hearing, a petition for a writ of habeas corpus.

A study of the record discloses that the allegations of the petition are clearly refuted thereby and the reasons assigned for appellant's release from confinement are completely devoid of merit.

Order affirmed.